Chris Reichman SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
chrisr@prato-reichman.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN, | Case No: 15-cv-00897 MMA MDD |
| Plaintiff, | **JOINT MOTION TO DISMISS ENTIRE CASE WITH PREJUDICE** |
| vs. | |
| SOLARMAX TECHNOLOGY, INC., a California Corporation; and DAVID HSU, an individual, | |
| Defendants. | |

By and through their respective counsels, Plaintiff JONATHAN SAPAN and all Defendants (SOLARMAX TECHNOLOGY, INC. and DAVID HSU) give the Court notice that they have settled this matter in its entirety and they therefore jointly move and hereby stipulate to the dismissal, with prejudice, of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 41(a). A proposed order reflecting the dismissal is provided.

DATED: September 15, 2015          **PRATO & REICHMAN, APC**


/s/Christopher J. Reichman, Esq.
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
JONATHAN SAPAN


DATED: September 15, 2015


/s/Matthew Gorman
By: Matthew Gorman
Attorneys for Defendants
SOLARMAX TECHNOLOGY, INC.
and DAVID HSU

---

Joint Motion To Dismiss Case

**ATTESTATION**

I hereby attest that Matthew Gorman has given me approval to file this Joint Motion To Dismiss.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: September 15, 2015                **PRATO & REICHMAN, APC**


                                        /s/Christopher J. Reichman, Esq.
                                        By: Christopher J. Reichman, Esq.
                                        **Prato & Reichman, APC**
                                        Attorneys for Plaintiff
                                        JONATHAN SAPAN

- 3 -

Joint Motion To Dismiss Case

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on September 15, 2015.

__X__ Via ECF

Matthew Gorman, Esq.
Attorneys for Defendants
SOLARMAX TECHNOLOGY, INC.
and DAVID HSU
mgorman@gormanfirm.com

DATED: September 15, 2015        **PRATO & REICHMAN, APC**


                                 /s/Christopher J. Reichman, Esq.
                                 By: Christopher J. Reichman, Esq.
                                 **Prato & Reichman, APC**
                                 Attorneys for Plaintiff
                                 JONATHAN SAPAN

Joint Motion To Dismiss Case