# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>         Plaintiff,<br><br>v.<br><br>SOLARMAX TECHNOLOGY, INC., a California Corporation; and DAVID HSU, an individual,<br><br>         Defendants. | Case No.: 15cv897-MMA (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 23] |

  The parties have filed a joint motion to dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety, *with prejudice*, as to all defendants. The Clerk of Court is instructed to close the case.

  **IT IS SO ORDERED.**

Dated: September 29, 2015

                  Hon. Michael M. Anello
                  United States District Judge